THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS J. CUNNINGHAM, Appellant, against JOHN F. McNEILL, as Superintendent of Matteawan State Hospital, Respondent.

Argued October 20, 1953; decided November 25, 1953.

*Clare J. Hoyt* for appellant.

*Nathaniel L. Goldstein, Attorney-General (J. Bruce Mac-Donald, Wendell P. Brown* and *Herman N. Harcourt* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD. FROESSEL and VAN VOORHIS, JJ.